UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-80033-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA

v.

BARRY GREGORY,

    Defendant.
_____/

### JOINT MOTION FOR ENTRY OF AMENDED JUDGMENT AND JOINT MOTION TO CANCEL THE SCHEDULED RESTITUTION HEARING

The United States of America, by and through the undersigned Assistant United States Attorney, and Defendant Barry Gregory, by and through his attorney, hereby move the Court for the entry of an Amended Judgment and an order canceling the scheduled restitution hearing. In support thereof, the parties state:

1. On April 26, 2017, the Court sentenced the defendant and entered a Judgment (DE23). The Judgment stated that the "determination of restitution is deferred until 7/7/2017 at 10:30 a.m. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination." (DE23 at 5).

2. The Court has set the matter for a Restitution Hearing on July 7, 2017, but at the time of sentencing the Court advised the parties that, if they reached an agreement with regard to restitution, the parties could file a stipulation and the hearing would be cancelled.

3. The government and the Court's Probation Office have obtained information regarding losses suffered by victims of the offense of conviction. That information has been shared with counsel for the defendant. Based upon that information, the parties have conferred

regarding restitution and have entered into a stipulation regarding the restitution owed by the defendant, which is filed herewith.

4. Based upon that stipulation, the parties ask the Court to enter an Amended Judgment. A proposed Amended Judgment is filed herewith, containing the same terms and conditions of the original Judgment, but with the addition of an order of restitution and a Schedule of Payments.

5. If the Court accepts the parties' Stipulation and proposed Amended Judgment, the parties further ask the Court to cancel the Restitution Hearing.

6. Counsel for the defendant has authorized counsel for the United States to file this motion and the supporting documents on behalf of both parties.

Respectfully submitted,

FOR THE DEFENDANT:

s/*Valentin Rodriguez, Jr.*
VALENTIN RODRIGUEZ, ESQ.
Counsel for the Defendant
120 S. Dixie Highway, Suite 204
West Palm Beach, FL 33401
Phone 561-832-7510
Fax: 561-537-7050
Defend1@bellsouth.net

Respectfully submitted,

FOR THE UNITED STATES:

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

By: s/*A. Marie Villafaña*
A. MARIE VILLAFAÑA
Assistant United States Attorney
Florida Bar No. 0018255
500 South Australian Avenue, Suite 400
West Palm Beach, FL 33401
Phone: 561 820-8711/Fax: 561 820-8777
ann.marie.c.villafana@usdoj.gov

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on June 30, 2017, I electronically filed the foregoing document with the Clerk of the Court and served the document via CM/ECF.

                                                  s/*A. Marie Villafaña*
                                                  A. MARIE VILLAFAÑA
                                                  Assistant United States Attorney